## Case No. 8,339.

### LIEB v. INTERNATIONAL INS. CO.

[The case reported under above title in 3 Am. Law T. Rep. U. S. Cts. 143, is the same as Case No. 5,298.]